UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Theresa Kown Doe, <br><br>        Plaintiff, <br><br>        v. <br><br> Alltel Corporation, dba Verizon Wireless, <br><br>        Defendant. | Court File No. 20-cv-1018 (PSJ/DTS) |

**DEFENDANT ALLTEL CORPORATION D/B/A VERIZON WIRLESS'S NOTICE OF HEARING OF ITS MOTION TO COMPEL ARBITRATION AND STAY ACTION**

**TO**: Mark L. Vavreck, Esq., Attorney I.D. #: 0318619, GONKO & VAVRECK, PLLC, Designers Guild Building, 401 North Third Street, Suite 640, Minneapolis, MN 55401, Telephone: (612) 659-9500, Facsimile: (612) 659-9220, Email: mvavreck@egmvlaw.com; Thomas J. Lyons, Jr., Esq.; Attorney I.D. #: 249646, CONSUMER JUSTICE CENTER, P.A., 367 Commerce Court, Vadnais Heights, MN 55127, Telephone: (651) 770-9707, Email: tommy@consumerjusticecenter.com.

PLEASE TAKE NOTICE that on the 25th day of September, 2020, at 8:30 a.m., before the Honorable Patrick J. Schiltz, in Courtroom 14E, at the United States District Court in Minneapolis at 300 S. 4th Street, the undersigned counsel for Defendant Alltel Corporation, dba Verizon Wireless will move the Court to stay this lawsuit and compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 2, *et seq.*.

LEVENTHAL pllc

Dated: July 30, 2020

By:/s/ *Seth Leventhal*

Seth Leventhal (#0263357)
333 S. 7th Street, Suite 1150
Minneapolis, MN 55402
Telephone: (612) 234-7349
Email: seth@leventhalpllc.com

*Attorneys for Defendant Alltel Corp. dba
Verizon Wireless*

4813-0706-2981, v. 1