UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Theresa Kown Doe,<br><br>    Plaintiff,<br><br>v.<br><br>Alltel Corporation, dba Verizon Wireless,<br><br>    Defendant. | Court File No. 20-cv-1018 (PSJ/DTS) |

**DEFENDANT ALLTEL CORPORATION D/B/A VERIZON WIRLESS'S MOTION TO COMPEL ARBITRATION AND STAY ACTION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 2 *et. seq.*, Defendant Alltel Corporation, dba Verizon Wireless hereby moves this Court for an order compelling arbitration and staying the above-captioned action.

Defendants' Motion is based on the Notice of Hearing, Motion, Memorandum of Law, supporting exhibits, the pleadings and records of the Court, and any further oral and documentary evidence that may be presented at the hearing on the Motion.

This Motion and related supporting papers will be filed and served consistent with D. Minn. L.R. 7.1

LEVENTHAL pllc

Dated: August 14, 2020       By:/s/*Seth Leventhal*

Seth Leventhal (#0263357)
333 S. 7th Street, Suite 1150
Minneapolis, MN 55402
Telephone: (612) 234-7349
Email: seth@leventhalpllc.com

*Attorneys for Defendant Alltel Corp. dba Verizon Wireless*

4846-9632-5063, v. 1